UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EUGENE KENNETH JONES-EL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 4:06 CV 767 RWS(LMB) |
| | ) |
| TROY STEELE, | ) |
| | ) |
| Respondent. | ) |

## ORDER

This matter is before the court on the petition of Eugene Kenneth Jones-El for a writ of habeas corpus under 28 U.S.C. § 2254. This cause was referred to the undersigned United States Magistrate Judge for a Report and Recommendation pursuant to 28 U.S.C. § 636 (b). On October 31, 2006, petitioner filed a Motion for Extension of Time to File an Amended Habeas Corpus Petition (Document Number 16), which the court granted on November 2, 2006 (Doc. No. 18). On November 8, 2006, petitioner filed his Amended Petition, in which he raises fourteen additional grounds for relief. (Doc. No. 19).

Accordingly,

**IT IS HEREBY ORDERED** that respondent shall file a response to petitioner's Amended Petition (Doc. No. 19) within thirty (30) days of the date of this Order. **This response must fully address the merits of all grounds for relief, in addition to any procedural default issues which may be relevant. The response should also discuss relevant caselaw, as well as contain specific citations to the record. Furthermore, respondent must include a case summary, briefly identifying each of petitioner's grounds for relief, and the respondent's defense on that ground**.

Dated this  9th   of November, 2006.

*Lewis M. Blanton*
LEWIS M. BLANTON
UNITED STATES MAGISTRATE JUDGE